UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00317

**Amber C. Weber,**
*Plaintiff,*

v.

**East Lift Truck Supply, Inc.,**
*Defendant.*

# ORDER

Before the court is plaintiff's agreed motion to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Doc. 43. Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). In the action, the parties have jointly agreed to dismiss this action with prejudice, with each party to bear its own costs. The court, having considered plaintiff's agreed motion, finds the terms proper and grants the motion to dismiss. Doc. 43.

All claims in this matter are dismissed with prejudice, with each party to bear its own costs. The clerk of court is directed to close this case. All pending motions are denied as moot.

*So ordered by the court on August 25, 2022.*

J. CAMPBELL BARKER
United States District Judge